### 64443. BOLDS v. THE STATE.

DEEN, Presiding Judge.

Bolds and one Martin were jointly indicted, tried and convicted of the offense of attempt to rob. Martin's conviction was affirmed by this court in *Martin v. State,* 162 Ga. App. 703 (292 SE2d 864). The present appeal raises no new issues and is controlled by the opinion and judgment in that case.

*Judgment affirmed. Sognier and Pope, JJ., concur specially.*

DECIDED SEPTEMBER 8, 1982.

*Howard Tate Scott,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.

POPE, Judge, concurring specially.

I concur specially in this case for the reasons set forth in my special concurrence in *Martin v. State,* 162 Ga. App. 703 (292 SE2d 864).

I am authorized to state that Judge Sognier concurs in this special concurrence.